Decision Per Curiam.

---

John C. L'Engle as Surviving Partner &c., Appellant, v. Mary A. DeCottes, Appellee.

(Supreme Court of Florida, *En Banc.*, April 18, 1905.)

Appeal from Circuit Court, Duval County; Rhydon M. Call, Judge.

*E. J. L'Engle*, for Appellant.

*Jno. L. Doggett*, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was interlocutory order in favor of the complainant, and the defendant appeals   The order is affirmed.

Decision Per Curiam.